ELJAY LIMITED, Plaintiff–Appellee,

v.

TRANSCON CARGO, INC., Transcon Shipping Co., Inc., and Nova Transporation Services, Inc., Defendants–Appellants.

No. 2006–1466.

United States Court of Appeals, Federal Circuit.

July 20, 2006.

ON MOTION

### ORDER

Transcon Cargo, Inc. et al. (Transcon) move without opposition to transfer their case to the United States Court of Appeals for the Ninth Circuit.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The case is transferred to the United States Court of Appeals for the Ninth Circuit pursuant to 28 U.S.C. § 1631.

INFINEON TECHNOLOGIES NORTH AMERICA CORPORATION, Plaintiff–Counterclaim Defendant–Appellee,

and

InFineon Technologies AG, InFineon Technologies Holding North America Corporation, and InFineon Technologies Richmond LP, Counterclaim Defendants–Appellees,

v.

MOSAID TECHNOLOGIES INCORPORATED, Defendant/Counterclaimant–Appellant.

No. 2006–1115.

United States Court of Appeals, Federal Circuit.

July 20, 2006.

ON MOTION

### ORDER

Upon consideration of the parties' joint motion to remand this case to the United States District Court for the Northern District of California, district court case no. 5:02–CV–05772, to allow the district court to decide a motion to vacate due to settlement,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) All sides shall bear their own costs.